# Exhibit B



Case 3:21-cv-00286   Document 1-2   Filed 04/08/21   Page 1 of 1 PageID #: 7